UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 12-CV-00085-HRW

BRANDY VANDERHOOF             PLAINTIFF

v.

RACELAND-WORTHINGTON          DEFENDANT
INDEPENDENT SCHOOL DISTRICT

### AGREED ORDER OF DISMISSAL

The parties being in agreement, and the Court being otherwise fully advised and informed, IT IS HEREBY ORDERED that the Complaint be and is hereby DISMISSED at the costs agreed to by the parties herein and this matter be and is hereby stricken from the active docket of this Court.

**SO ORDERED** this _____ day of October, 2013

_____
HON. HENRY R. WILHOIT
United States District Court Judge

Have Seen and Agreed:

/s/ Laura E. Landenwhich (per authorization)
Laura E. Landenwhich
Clay Daniel Walton & Adams PLC
462 South Fourth Street
Suite 101
Louisville, Kentucky 40202
(502) 561-2005
laura@justiceky.com

Attorney for Plaintiff Brandy Vanderhoof.

/s/ Louis D. Kelly
ADAMS, STEPNER, WOLTERMANN & DUSING PLLC
40 West Pike Street
P.O. Box 861
Covington, Kentucky 41012
(859) 394-6200
(859) 392-7239 Fax
lkelly@aswdlaw.com

Attorney for Defendant,
Raceland-Worthington Independent School District.

958959.1